OPINION — AG — MULTI COUNTY LIBRARIES MAY NOT BECOME INDEBTED, IN ANY MANNER, OR FOR ANY PURPOSE, TO AN AMOUNT EXCEEDING, IN ANY YEAR, THE INCOME AND REVENUE PROVIDED FOR SUCH YEAR WITHOUT COMPLYING WITH THE REMAINING PROVISIONS OF ARTICLE X, SECTION 26, OKLAHOMA CONSTITUTION. CITE: 65 O.S. 1971, 4-101 [65-4-101], 65 O.S. 1971, 4-105 [65-4-105] (JOHNNY J. AKINS) ** SEE: OPINION NO. 86-135